DENNIS S. WAKS, #142581
Acting Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VERNON LAVELL RYLEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 05-CR-0436-EJG |
| ) | |
| Plaintiff, ) | |
| ) | POST HEARING PROPOSED ORDER |
| v. ) | COMMITTING DEFENDANT TO ATTORNEY |
| ) | GENERAL FOR EVALUATION |
| VERNON LAVELL RYLEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | Judge: Hon. Edward J. Garcia |

This case was before the Court on January 13, 2006 on the defense's motion to determine defendant's competency of defendant. The government was represented by Ellen V. Endrizzi, Assistant United States Attorney. The defendant was not present, having either refused or having been physically unable to submit to the U.S. Marshal's transportation from the Sacramento County Jail. Defendant was, however, represented by Assistant Federal Defender Matthew C. Bockmon.

There being reasonable cause to believe that the defendant may presently be suffering from a mental and/or physical disease or defect

1  rendering him incompetent to assist properly in his defense under 18
2  U.S.C. § 4241(a),
3      IT IS ORDERED that a psychiatric evaluation of the defendant and
4  report be filed with the Court under 18 U.S.C. § 4247(b) and ©.
5      IT IS FURTHER ORDERED committing the defendant to the custody of
6  the Attorney General for a reasonable period but not to exceed 30 days
7  (or 15 more days with authorization) for placement in a suitable
8  facility for a psychiatric examination under 18 U.S.C. § 4247(b).
9      IT IS ALSO ORDERED that the report shall include
10     (1) Mr. Rylee's history and present symptoms;
11     (2) a description of the psychiatric, psychological, and medical
12 tests that were employed and their results;
13     (3) the examiners's findings; and
14     (4) the examiners's opinions as to diagnosis, prognosis, and -
15       (A) whether Mr. Rylee is suffering from a mental disease or
16 defect rendering him mentally incompetent to the extent that he is
17 unable to understand the nature and consequences of the proceedings
18 against him or to assist properly in his defense. 18 U.S.C. §
19 4247(c)(1)-(c)(4)(A).
20     IT IS ALSO ORDERED "[u]nless impractible, the
21 psychiatric...examination shall be  conducted in the suitable facility
22 closest to the Court." 18 U.S.C. § 4247(b).
23 IT IS SO ORDERED.
24 Dated:  January 13, 2006
25                                  /s/ Edward J. Garcia
                                    HONORABLE EDWARD J. GARCIA JR.
26                                  United States District Judge
27
28 Proposed Order