IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   NO. CR. S. 05-00436 EJG
                             )
            Plaintiff,       )
                             )   **ORDER**
      v.                     )
                             )
VERNON LAVELL RYLEE,         )
                             )
            Defendant.       )
                             )

    Pursuant to 18 U.S.C. § 4241(d), this Court adopts the report and recommendation of Robert Johnson, Ph.D. and holds that Defendant Vernon Lavell Rylee is competent to stand trial.

    The Court makes the following factual findings with regard to its determination of the defendant's competency:

1. On January 13, 2006, the Court granted the defendant's motion, made pursuant to 18 U.S.C. § 4241(a), for a psychiatric evaluation to determine the defendant's competency, and the Court ordered the defendant into the custody of the Attorney General for such an examination.
2. The defendant was transported to the Federal Medical Center, Fort Worth, Texas, and examined and evaluated by the Center's Forensic Staff, including psychologist Robert Johnson, Ph.D.
3. In a report submitted to the Court, dated April 6, 2006, written in conformity with the provisions of 18 U.S.C. §§ 4247(b) and (c), Dr. Johnson determined that Vernon Lavell Rylee is competent to stand trial and does not suffer

from any mental disease or defect that would render him unable to understand the nature and consequences of the proceedings against him or unable to assist properly in his own defense.

4. At a status conference on April 21, 2006, Defendant's counsel, Assistant Federal Defender Matthew Bockmon, told the Court that he had received and read the report and had reviewed it with the defendant.  Mr. Bockmon agreed with Dr. Johnson's conclusion of competence, and waived a competency hearing, see 18 U.S.C. § 4241(c), before this Court.

5. At the same status conference, counsel for the United States, Assistant United States Attorney Ellen Endrizzi, told the Court that she had received and read the report. Ms. Endrizzi also agreed with Dr. Johnson's conclusion of competence, and waived a competency hearing, see 18 U.S.C. § 4241(c), before this Court.

IT IS SO ORDERED.

DATED: April 24, 2006

                                     /s/ Edward J. Garcia
                                    HONORABLE EDWARD J. GARCIA
                                    Senior United States District Judge