UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
APR 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **RYLEE, VERNON LAVELL**
Docket Number: **2:05CR00436-01** EJG

Your Honor:

The purpose of this memorandum is to advise the Court that Mr. Rylee is seeking permission to use the prescription medication Marinol (a synthetic cannabinoid which may interfere with drug test results) for pain management. I have advised Mr. Rylee that in order to consider his request, he must provide a doctor's recommendation stating that Marinol is the best, or only, prescription medication to manage his pain.

Since Mr. Rylee has provided no such doctor's recommendation to date, the probation officer needs no immediate Court guidance. However, should Mr. Rylee provide a doctor's recommendation for Marinol use in pain management, Mr. Rylee would test positive for cannabinoids and these positive tests would not be reported to the Court as this is a legal prescription drug.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS
Senior United States Probation Officer
(530) 246-5366**

1

Rev. 11/2009
MEMO ~ COURT.MRG

RE: RYLEE, VERNON LAVELL
Docket Number: 2:05CR00436-01

Dated:   March 29, 2011
         Redding, California
         RCW:aph

REVIEWED BY:   /s/ Kyriacos M. Simonidis
               _____
               KYRIACOS M. SIMONIDIS
               Supervising United States Probation Officer

THE COURT ORDERS:

(✓)   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )  Submit a Request for Modifying the Conditions or Term of Supervision.

(  )  Submit a Request for Warrant or Summons.

(  )  Other:

_____4/1/()_____                          _____
Date                                      Signature of Judicial Officer

cc:   United States Probation
      Ellen Endrizzi, Assistant United States Attorney
      Matthew C. Bockmon, Assistant Federal Defender